UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-63224-LRC |
| KORNODE JEAN COOK, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

**POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR APPROVAL**

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

The Debtor needs to modify her plan due to a change in financial circumstances. Debtor has been furloughed from work as a result of the COVID-19 pandemic.

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court December 18, 2019, as follows.

Section 2.1 of the plan is modified to **delete:**

The debtor(s) will pay __$950.00__ per __month__ for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

Section 2.1 of the plan is modified to **add:**

The debtor(s) will pay __$510.00__ per __month__ for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

Section 8.1 of the plan is modified to **add:**

Pursuant to the CARES Act, Debtor's plan is extended sixty-nine (69) more months from October 2020.

Dated: October 6, 2020

/s/
Kornode J. Cook

/s/
Janel O. Bowles
GA Bar No. 071880
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300
jbowles@mattberry.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
|  | ) CASE NO. 19-63224-LRC |
| KORNODE JEAN COOK, | ) |
|  | ) CHAPTER 13 |
| Debtor. | ) |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,**
**DEADLINE FOR FILING WRITTEN OBJECTIONS AND**
**HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modifications you are receiving with this Notice of have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on **October 6, 2020.** If the twenty-fourth day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**   Clerk, United States Bankruptcy Court
Room 1340 United States Courthouse
Richard B. Russell Building
75 Ted Turner Dr., SW
Atlanta, Georgia 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

Kornode J. Cook
3870 Trotters Run
Douglasville GA 30135

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **November 10, 2020, at 10:00 am** in **Courtroom 1204**, U.S. Courthouse, 75 Ted Turner Dr., Atlanta, Georgia.  **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

**\*\*\*Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (www.ganb.uscourts.gov) prior to the hearing for instructions on whether to appear in person or by phone.**

Dated: October 6, 2020

_____/s/_____
Kornode J. Cook

_____/s/_____
Janel O. Bowles
GA Bar No. 071880
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300
jbowles@mattberry.com

## CERTIFICATE OF SERVICE

      This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta GA 30303

Kornode J. Cook
3870 Trotters Run
Douglasville GA 30135

(Plus to all creditors on attached Creditor Mailing Matrix)

This the 6th day of October, 2020.

      /s/
Janel O. Bowles
GA Bar No. 071880
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

```
Label Matrix for local noticing          AT&T CORP                                Aes/goalfinc
113E-1                                   by American InfoSource as agent          Attn: Bankruptcy
Case 19-63224-lrc                        4515 N Santa Fe Ave                      PO Box 2461
Northern District of Georgia             Oklahoma City, OK 73118-7901             Harrisburg, PA 17105-2461
Atlanta
Tue Oct  6 11:59:35 EDT 2020

Aspire/Emerge                            Matthew Thomas Berry                     Capital One Auto Finance
Attn: Bankruptcy                         Matthew T. Berry & Associates            Attn: Bankruptcy
PO Box 105555                            Suite 600                                PO Box 30285
Atlanta, GA 30348-5555                   2751 Buford Highway, NE                  Salt Lake City, UT 84130-0285
                                         Atlanta, GA 30324-5457


Capital One Auto Finance, a division of Capi   Chapel Hill Community Association  Collectron Of Atlanta/Carter-Young
4515 N Santa Fe Ave. Dept. APS           8601 Baldwin Parkway                     Attention: Bankruptcy
Oklahoma City, OK 73118-7901             Douglasville, GA 30134-5625              PO Box 92269
                                                                                  Atlanta, GA 30314-0269


Conduent/PCR Pers Comp Rent              Kornode Jean Cook                        Credit Collection Services
Attn: Claims Department                  3870 Trotters Run                        Attn: Bankruptcy
PO Box 7051                              Douglasville, GA 30135-7602              725 Canton St
Utica, NY 13504-7051                                                              Norwood, MA 02062-2679


Melissa J. Davey                         First PREMIER Bank                       (p)GEORGIA DEPARTMENT OF REVENUE
Melissa J. Davey, Standing Ch 13 Trustee Attn: Bankruptcy                         COMPLIANCE DIVISION
Suite 200                                PO Box 5524                              ARCS BANKRUPTCY
260 Peachtree Street, NW                 Sioux Falls, SD 57117-5524               1800 CENTURY BLVD NE SUITE 9100
Atlanta, GA 30303-1236                                                            ATLANTA GA 30345-3202


Jefferson Capital Systems, LLC           Nelnet                                   Nelnet on behalf of Ascendium Education Solu
PO Box 1999                              Attn: Bankruptcy Claims                  Ascendium Education Solutions
Saint Cloud, MN 56302                    PO Box 82505                             PO BOX 8961
                                         Lincoln, NE 68501-2505                   MADISON, WI 53708-8961


NetCollections, LLC                      Carrie L Oxendine                        PDQ Services Inc
Attn: Bankruptcy                         Matthew T. Berry & Associates            Attn: Bankruptcy Department
2774 N Cobb Pkwy, Ste 109 #181           Suite 600                                700 Churchill Ct. Suite 200
Kennesaw, GA 30152-3497                  2751 Buford Highway NE                   Woodstock, GA 30188-6841
                                         Atlanta, GA 30324-5457


Philip L. Rubin                          Santander Consumer USA                   Santander Consumer USA Inc.
Lefkoff, Rubin. Gleason & Russo          Attn: Bankruptcy                         P.O. Box 961245
Suite 900                                10-64-38-FD7   601 Penn St               Fort Worth, TX 76161-0244
5555 Glenridge Connector                 Reading, PA 19601-3544
Atlanta, GA 30342-4762


Selene Finance                           Selene Finance LP                        Synchrony Bank/PayPal Cr
9990 Richmond Ave.                       PO Box 71243                             Attn: Bankruptcy Dept
Suite 400 South                          Philadelphia, PA 19176-6243              PO Box 965060
Houston, TX 77042-4546                                                            Orlando, FL 32896-5060


Kelly D. Thomas                          U.S. Bank National Association           Victor B. Cook Jr.
Matthew T. Berry and Associates          Selene Finance, LP                       3870 Trotters Run
Suite 600                                9990 Richmond Ave., Suite 400 South      Douglasville, GA 30135-7602
2751 Buford Highway NE                   Houston, TX 77042-4546
Atlanta, GA 30324-5457
```

```
C. Brent Wardrop                          Wells Fargo Dealer Services
Quintairos Prieto Wood & Boyer, P.A.      Attn: Bankruptcy
10902 Crabapple Road                      PO Box 19657
Roswell, GA 30075-3090                    Irvine, CA 92623-9657
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd, NE, Ste 9100
Atlanta, GA 30345
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Capital One Auto Finance, a division of Ca    (u)U.S. Bank National Association              End of Label Matrix
4515 N Santa Fe Ave. Dept. APS                                                                  Mailable recipients    31
Oklahoma City, OK 73118-7901                                                                    Bypassed recipients     2
                                                                                                Total                  33
```