**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

In   Debtor(s)
Re:   **Kornode Jean Cook**
3870 Trotters Run
Douglasville, GA 30135

Case No.: **19–63224–lrc**
Chapter: **13**
Judge: **Lisa Ritchey Craig**

**xxx–xx–6057**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated:   November 10, 2020

_____

Lisa Ritchey Craig
United States Bankruptcy Judge

Form 133a